# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William keith Bradley,

        Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                    3:02-cv-315-3

Bill Baker, Superintendent,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/25/05 Order.

**Signed: July 25, 2005**

Frank G. Johns, Clerk
United States District Court